**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIGAB GETNET CHAKLU,<br><br>Petitioner,<br><br>v.<br><br>CRAIG A. LOWE, *Warden of Pike County Correctional Facility*,<br><br>Respondent. | No. 4:26-CV-01594<br><br>(Chief Judge Brann) |

**ORDER**

**SEPTEMBER 24, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Chaklu's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
2. Chaklu's motion for expedited consideration (Doc. 8) is **DENIED** as moot;
3. The Government **SHALL** either shall release Chaklu on his own recognizance, or provide Chaklu with an individualized bond hearing at which he may present evidence on or before Friday, October 2, 2026;
4. At that bond hearing, the Government **SHALL** bear the burden of demonstrating, by clear and convincing evidence, that Chaklu is a danger to the community or a flight risk;

5. On or before Friday, October 9, 2026, Respondent **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the reasons for such denial; and

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge